

09-CV-05196-ORD



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRY L. LAVERY, JR., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF CORRECTIONS, *et al.*, <br><br> Defendants. | Case No. C09-5196FDB <br><br> ORDER DENYING PLAINTIFF'S REQUEST FOR INJUNCTION |

The Court, having reviewed plaintiff's motions for injunction relief, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's request for injunctive relief (Dkt. #6) is DENIED;

(3) The Clerk is directed to send copies of this Order to plaintiff and to counsel for defendants.

DATED this 2nd day of July, 2009.

FRANKLIN D. BURGESS
United States District Judge