UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRY L. LAVERY, JR.,

        Plaintiff,

    v.

M. KRONA, and EDWARD HANSMEYER,

        Defendants.

CASE NO. C09-5196 FDB

ORDER DISMISSING COMPLAINT

The Magistrate Judge recommends that this civil rights complaint be dismissed as failing to state a cognizable claim. Plaintiff has not taken the opportunity provided by the Court to cure the deficiencies of his complaint.

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's Complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915;

(3)    Plaintiff's claims and causes of action are dismissed, and;

(4)    The Clerk is directed to send copies of this Order to the parties.

DATED this 5th day of October, 2009.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1