# United States District Court

WESTERN DISTRICT OF WASHINGTON

TERRY L. LAVERY, JR.,

        v.

M. KRONA and EDWARD HANSMEYER

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5196FDB

   __    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Plaintiff's Complaint is dismissed as frivolous pursuant to 28 U.S.C. §1915; and

Plaintiff's claims and causes of action are dismissed.


   October 6, 2009                                                            BRUCE RIFKIN
Date                                                                           Clerk

                                                                                           *s/CM Gonzalez*
                                                                                           Deputy Clerk