UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRY L. LAVERY, JR., <br><br> Plaintiff, <br><br> v. <br><br> M. KRONA, and EDWARD HANSMEYER, <br><br> Defendants. | CASE NO. C09-5196FDB <br><br> ORDER ON PENDING MOTIONS |

This matter is before the court on plaintiff's motions (Docs 19, 22, & 24), which were specifically referred to this court by the Honorable Franklin D. Burgess. Having reviewed these motions and the balance of the record, the undersigned does hereby find and ORDER as follows.

(1) Plaintiff's complaint, which is limited to claims related to the loss of two books or packages that were ordered from an art supply business, was found deficient. The court explained those deficiencies and provided plaintiff an opportunity to correct, if possible, the problems. (Doc. 12). Because of the deficiencies, on October 5, 2009, the Court adopted the undersigned's report and recommendation (Doc. 16), and it dismissed the matter as frivolous. (Doc. 17).

(2) Prior to the Court's dismissal of the Complaint, plaintiff filed the three instant motions. Each motion attempts to explain that Plaintiff has had difficulties in obtaining his legal

ORDER - 1

documents and personal property while this matter was pending. Plaintiff presents facts, which if accepted as being true, may explain why he did not respond to the court's direction to attempt to cure the deficiencies in his complaint. However, nothing set forth by plaintiff in these motions cures the specific deficiencies in his complaint, which again fails to present a cognizable federal civil rights claim.

       (3)     Plaintiff's motions are therefore denied as being moot

       (4)     The Clerk is directed to send a copy of this order to plaintiff.

DATED this 3rd day of November, 2009.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge